IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SERENITY LANE, an Oregon corporation,

    Plaintiff,

v.

NETSMART TECHNOLOGIES, INC.,
a Delaware corporation, and SEQUEST
TECHNOLIGES, Inc., an Illinois corporation,

    Defendants.

Civ. No. 6:14-cv-00038-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 81), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 81) is adopted and Plaintiff's First Claim for rescission in its First Amended Complaint is DISMISSED.

IT IS SO ORDERED.

    DATED this 13 day of April, 2016.

                                      Michael McShane
                                  United States District Judge

1 – ORDER